IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFREY ROSARIO,**

    *Petitioner*,

v.                                           Case No.: 4:21cv226-MW/MAF

**SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS,**

    *Respondent.*

_____/

## ORDER ACCEPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 21, and has also reviewed *de novo* Petitioner's objections, ECF No. 24. This Court agrees with the Magistrate Judge's recommendations, with the exception that this Court finds reasonable jurists can debate whether Ground 3 of Petitioner's § 2254 petition—specifically, whether Petitioner was prejudiced by counsel's deficient performance in failing to object to the state trial court's erroneous "unlawful activity" instruction—should be resolved in a different manner. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 21, is **accepted in part and rejected in part**, over the Plaintiff's objections, as this Court's opinion. The report and recommendation is accepted with the exception that this Court rejects the recommendation to deny a certificate of appealability as to Ground 3 of Petitioner's § 2254 petition. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. This Court **GRANTS** a certificate of appealability as to Ground 3 of Petitioner's § 2254 petition." The Clerk shall close the file.

**SO ORDERED on July 5, 2022.**

                                          s/Mark E. Walker              
                                          **Chief United States District Judge**